FILED
2014 Nov-03  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER NIX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:14-cv-01818-SGC |
| COUCH, CONVILLE and BLITT, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Pursuant to the notice of dismissal with prejudice filed by the plaintiff (Doc. 8), it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(i), with each party to bear its own costs.

**DONE** this 3rd day of November, 2014.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE